241 So.2d 533

**STATE of Louisiana**

v.

**Alfred JUDSON, Jr.**

No. 51031.

Dec. 16, 1970.

The showing made is not sufficient to exercise our supervisory jurisdiction.